**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BOECKER, RYAN | § Case No. 09-24291-JS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of U.S. Bankruptcy Court
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/17/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  08/10/2010        By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                                     Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BOECKER, RYAN | § | Case No. 09-24291-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,376.71 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 20,376.71 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 2,787.59 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 1,280.00 | $ 22.15 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 1,180.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 189,004.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | TRU-SEAL, INC. | $ 4,047.66 | $ 323.52 |
| 2 | Du-Kane Asphalt Co. | $ 108,419.86 | $ 8,665.40 |
| 3 | Crush-Crete, Inc. | $ 36,048.16 | $ 2,881.13 |
| 4 | Chicago Materials Corp. | $ 40,489.02 | $ 3,236.06 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 2           Date Rcvd: Aug 11, 2010
Case: 09-24291                 Form ID: pdf006             Total Noticed: 66

The following entities were noticed by first class mail on Aug 13, 2010.
db           +Ryan Rathje Boecker,    25 W. 200 Fairmeadow Lane,    Naperville, IL 60563-1472
aty          +Chester H. Foster, Jr.,    Foster, Kallen & Smith,    3825 W 192nd St,   Homewood, IL 60430-4314
aty          +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
14125861      AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
14125863     +AURORA AREA SPRING,    380 NO. EAST INDUSTRIAL DR.,    Aurora, IL 60505-8717
14125864     +AURORA BLACKTOP, INC.,    1065 SARD AVE.,   Montgomery, IL 60538-1245
14125865     +Axle & Equipment Sale,    1049 PARAMOUNT PKWY.,    Batavia, IL 60510-1454
14125869     +BLUE BOOK OF BUILDING,    AND CONSTRUCTION,    P.O. BOX 500,    Jefferson Valley, NY 10535-0500
14125866     +Balt's Power Sweeping,    559 PALMER AVE.,    Aurora, IL 60506-5267
14125868     +Berglund & Masty, P.C.,    1010 Jorie Blvd.,    Suite 370,   Oak Brook, IL 60523-4467
14125870     +Boughton Trucking & Wayne Szepelak,    P.O. BOX 1036,    Bedford Park, IL 60499-1036
14125871     +Buikema's Ace Hardware,    1030 N. WASHINGTON ST.,    Naperville, IL 60563-2700
14125882     +COFFMAN TRUCK SALES, INC.,    1149 WEST LAKE ST.,    Aurora, IL 60506-5585
14125872     +Carquest Auto Parts,    790 ROYAL ST. GEORGE,    Naperville, IL 60563-8955
14125873     +Casey Equipment Co., Inc.,    1603 E. ALGONQUIN RD,    Arlington Heights, IL 60005-4758
14125874     +Central Illinois Truck,    200 W. NORTHTOWN RD.,    Normal, IL 61761-1095
14125875     +Central Laborers Pension,    P.O. BOX 1267,    Jacksonville, IL 62651-1267
14125876      Chase,   P.O. BOX 15153,    Wilmington, DE 19886-5153
14125877    +++Chicago Materials Corp.,    C/O Rathje & Woodward LLC,    300 E Roosevelt Rd,
               Wheaton,IL 60187-1908
14125878     +Citi Mortgage,    P.O. Box 6006,   The Lakes, NV 88901-6006
14125879     +City of Naperville,    1350 Aurora Avenue,    Naperville, IL 60540-6206
14125880     +City of Plano,    17 E. MAIN STREET,   Plano, IL 60545-1521
14125881     +Coffman Truck Sales,    1149 W Lake St,   Aurora, IL 60506-5585
14125883    +++Crush-Crete, Inc.,    1010 Jorie Blvd suite 370,    Oak brook,IL 60523-4467
14125884     +Curran Contracting,    286 MEMORIAL CT.,    Crystal Lake, IL 60014-6277
14125886      DIVERSIFIED FINANCIAL,    P.O. BOX 95662,    Chicago, IL 60694-5662
14125885     +Diamond Technologies,    2605 WEST 22nd ST., STE. 33,    Oak Brook, IL 60523-4627
14125887    +++Du-Kane Asphalt Co.,    C/O Kenneth Mastny,    1010 Jorie Blvd suite 370,
               Oak brook, IL 60523-4467
14125889     +Fastenal,   518 W. 5TH AVE.,    Naperville, IL 60563-2901
14125890     +First Choice Yellow Pages,    2233 PALMER DR.,    UNIT A,   Naperville, IL 60564
14125891     +GFI Heating & Cooling,    1486 Louis Bork Dr,    Batavia, IL 60510-1511
14125892     +Great Lakes Credit Union,    2525 Green Bay Road,    North Chicago, IL 60064-3082
14125893     +Groot Industries,    2500 Landmeier Rd,    Elk Grove Village, IL 60007-2627
14125894      Heritage FS, Inc.,    ROUTE 45 SOUTH,    Gilman, IL 60938-0339
14125895    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114-0326)
14125921    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: United States Treasury,    PO Box 21126,   Philadelphia, PA 19114-0326)
14125896      JX FINANCIAL, INC.,    P.O. BOX 68-4067,    Milwaukee, WI 53268-4067
14125897     +Kenneth Mastny, Esq.,    1010 Jorie Blvd.,    Suite 370,   Oak Brook, IL 60523-4467
14125898     +LABORERS' DISTRICT COUNCIL,    999 MCCLINTOCK DR., STE. 300,    Willowbrook, IL 60527-0824
14125899      LAFARGE JOLIET, INC,    23283 NETWORK PLACE,    Chicago, IL 60673-1232
14125900     +MACK OF JOLIET,    23928 WINCHESTER DR.,    Channahon, IL 60410-3288
14125904      MERIT CORP P.C.,    20 S. MAIN S,   Naperville, IL 60540
14125905      MEYER MATERIAL CO.,    75 REMITTANCE DR., STE. 3115,    Chicago, IL 60675-3115
14125906     +MIDWAY TRUCK PARTS,    7400 W. 87TH ST.,    Bridgeview, IL 60455-1881
14125903     +McDOWELL TRUCK PARTS, INC.,    P.O. BOX 5,    Oswego, IL 60543-0005
14125908     +NAPERVILLE TOWING SERVICE, ING.,    10 S. 290 SCHOGER DR.,    Naperville, IL 60564-5651
14125909     +NORTHSIDE TRUCKING, INC.,    P.O. BOX 92226,    Elk Grove Village, IL 60009-2226
14125907     +Napa Auto Parts,    NAPA AUTO PARTS,    Chicago, IL 60693-0001
14125912     +PHIL WALZ PLUMBING, INC,    1340 W. OGDEN AVE.,    Naperville, IL 60563-3950
14125910     +Patrick Mazza & Associates,    290 South Main Place,    Suite 101,   Carol Stream, IL 60188-2476
14125911     +Patrick T. Wallace,    Laborers' Pension Fund,    11465 Cermak Road,   Westchester, IL 60154-5771
14125914     +RIGHT WAY STRIPING,    316 EAST BLAIR,    West Chicago, IL 60185-3412
14125913     +Rathje & Woodward, LLC,    300 E. Roosevelt Rd.,    Suite 300,   Wheaton, IL 60187-1908
14125916      SPEEDWAY SUPERAMERICA, LLC,    P.O. BOX 740587,    Cincinnati, OH 45274-0587
14125917     +STAR TOTAL PRINT SOLUTIONS,    1911 GLACIER PARK AVE.,    Naperville, IL 60540-4182
14125918      SUBURBAN TEAMSTERS PENSION FUND,    101 E. CHICAGO ST.,    Elgin, IL 60120-6466
14125915     +Selective Insurance,    7401 Beaufont Springs Drive,    Suite 400,   Richmond, VA 23225-5504
14125919      TREDROC TIRE SVC/PLAINFIELD,    P.O. BOX 5948,    Carol Stream, IL 60197-5948
14125920     +TRU-SEAL, INC.,    P.O. BOX 3217,    Barrington, IL 60011-3217
14125922     +VULCAN CONSTRUCTION MATERIALS, LP,    1000 E. WARRENVILLE RD.,    Naperville, IL 60563-1867
14125923     +WELDSTAR COMPANY,    P.O. BOX 1150,    Aurora, IL 60507-1150
14125924      WEST SIDE TRACTOR SALES, INC.,    DEPT# 4570, P.O. BOX 87618,    Chicago, IL 60680-0618
14125925     +William Kamm & Sons,    7N024 Medinah Rd,    Medinah, IL 60157-9620

The following entities were noticed by electronic transmission on Aug 11, 2010.
14125860      E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda Finance,
               20800 Madrona Ave,    Torrance, CA 90503-4915
14125862     +E-mail/Text: skuhlmann@atlaslift.com                               ATLAS BOBCAT, INC.,
               5050 NORTH RIVER ROAD,    Schiller Park, IL 60176-1092
                                                                                             TOTAL: 2
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2              Date Rcvd: Aug 11, 2010
Case: 09-24291                Form ID: pdf006             Total Noticed: 66

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14125888       DuPage Asphalt Co., Inc.
14125902       MB Financial Bank
14125901       Mastercard,   P.O. Box
14125867*     +BALT'S POWER SWEEPING, INC.,   559 PALMER AVE.,   Aurora, IL 60506-5267
                                                                                            TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2010**          **Signature:**   *Joseph Speetjens*